# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00522-CV

| | | |
|---|---|---|
| In the Interest of F.M.-T. and E.M. | § | From the 323rd District Court |
| | § | of Tarrant County (323-95816J-11) |
| | § | April 4, 2013 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By_____
Justice Lee Gabriel